UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

DANIELLE M. CHIPOCO and BRELYNN LEXI GONSALES,

                              Plaintiffs,

-v-

MADISON HAIR INC., A & B HAIR, INC., and MICHELLE HONG,

                              Defendants.

19 Civ. 11446 (PAE) (KNF)

ORDER

---

PAUL A. ENGELMAYER, District Judge:

      The Court has received the parties' letter motion to approve the settlement reached in this case. Dkt. 30. In reviewing the proposed settlement agreement, the Court has noticed an arithmetic error. The allocations of the individual awards to the plaintiffs and to plaintiffs' counsel do not add up to $125,000.00.

      By tomorrow, January 21, 2021, the parties are instructed to file a joint letter clarifying the amounts of the individual awards and the total award.

      SO ORDERED.

                                              *Paul A. Engelmayer*
                                              Paul A. Engelmayer
                                              United States District Judge

Dated: January 20, 2021
         New York, New York