LAW OFFICES OF
*Aidala, Bertuna & Kamins, P.C.*

ARTHUR L. AIDALA
MARIANNE E. BERTUNA
HON. BARRY KAMINS (RET.)
JOHN S. ESPOSITO
MICHAEL T. JACCARINO
IMRAN H. ANSARI
ANDREA M. ARRIGO
DIANA FABI SAMSON

SENIOR COUNSEL
LOUIS R. AIDALA
JOSEPH P. BARATTA

546 FIFTH AVENUE
NEW YORK, NY 10036

TELEPHONE: (212) 486-0011
FACSIMILE: (212) 750-8297
WWW.AIDALALAW.COM

8118-13TH AVENUE
BROOKLYN, NEW YORK 11228
TEL: (718) 238-9898
FAX: (718) 921-3292

OF COUNSEL
JOSEPH A. BARATTA
ANTOINETTE LANTERI
WILLIAM R. SANTO
PETER S. THOMAS
LAWRENCE SPASOJEVICH

January 21, 2021

Hon. Paul A. Engelmayer
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007
**Filed via ECF**

**RE:** *Danielle Chipoco et. al. vs. Madison Hair Inc. et. al.*,
**Docket No. 1:19-cv-11446-PAE-KNF (Settlement Clarification)**

Dear Judge Engelmayer:

The Parties write to the Court in response to the Court's January 20, 2021 Order and to clarify, agree, and memorialize the allocation of the $125,000.00 to be disbursed among the Plaintiffs and in attorney fees.

The following is the correct disbursement of the $125,000.00:

**Danielle Chipoco**

| Allocation | Amount | | |
|---|---|---|---|
| W-2 | $24,800.00 | | |
| W-9 | $24,800.00 | **Total** | $49,600.00 |

**Brelynn Lexi Gonsales**

| Allocation | Amount | | |
|---|---|---|---|
| W-2 | $16,866.66 | | |
| W-9 | $16,866.68[1] | **Total** | $33,733.34 |

**Aidala, Bertuna & Kamins, P.C.**

| Allocation | Amount | | |
|---|---|---|---|
| W-9 | $41,666.66 | **Total** | $41,666.66 |

| | **Total Settlement Amount** | **$125,000.00** |
|---|---|---|

---

[1] Due to rounding error, the settlement amounts on the separate payments were incorrect and the original amount of .64 should have been a .68.

We thank the Court for its attention to this matter.

Respectfully,

        /S/
Lawrence Spasojevich, Esq.
*Attorney for Plaintiffs*

        /S/
Frank Brennan, Esq.
*Attorney for Defendants*