UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DANIELLE M. CHIPOCO and BRELYNN LEXI GONSALES,

                          Plaintiffs,

-v-

MADISON HAIR INC., A & B HAIR, INC., and MICHELLE HONG,

                          Defendants.

19 Civ. 11446 (PAE) (KNF)

ORDER

PAUL A. ENGELMAYER, District Judge:

    On January 18, 2021, the parties submitted a proposed settlement agreement ("Agreement"), and a letter in support, Dkt. 30, in this Fair Labor Standards Act and New York Labor Law action. The Court has carefully reviewed the Agreement. The Court concludes, substantially for the reasons stated in the parties' letter, that the proposed settlement agreement is fair and reasonable.[1] Under the Agreement, defendants agree to pay $125,000 in total. Plaintiff Chipoco receives $49,600, and plaintiff Gonsales receives $33,733.34. Plaintiffs' counsel, Aidala, Bertuna & Kamins, P.C., receives $41,666.66.

    The Agreement therefore allocates one third of the settlement amount to plaintiff's counsel as attorneys' fees and reimbursement for expenses. Upon careful review of the Agreement, the Court is satisfied that the Agreement was achieved through procedurally fair means and is fair and reasonable such that it satisfies the standard set forth in *Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 199 (2d Cir. 2015).

---

[1] The parties clarified the disbursement of the $125,000.00 total settlement in their January 21, 2021 letter. Dkt. 33.

Accordingly, the Court approves the Agreement. The Clerk of Court is respectfully directed to close this case.

SO ORDERED.

*Paul A. Engelmayer*
_____
Paul A. Engelmayer
United States District Judge

Dated: January 22, 2021
       New York, New York